```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  RUSSELL L. CARLBERG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2748
```

FILED

DEC - 2 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-CR-458 GEB |
| Plaintiff, ) | |
| ) | STIPULATION AND PROTECTIVE ORDER RE: |
| v. ) | DISSEMINATION OF DISCOVERY DOCUMENTS CONTAINING |
| TEMIKA REED, ) et. al., ) | PERSONALLY IDENTIFYING INFORMATION |
| Defendants. ) | |

IT IS HEREBY STIPULATED AND AGREED among the parties that the documents provided as discovery in this case to defense counsel are subject to a Protective Order.  Defendants are charged with scheming to defraud lending institutions in connection with mortgages.

The parties agree that discovery in this case contains "Protected Information," which is defined here as including victim and witness social security numbers, driver's license numbers, dates of birth, addresses, telephone numbers, and email addresses.  The Protective Order signed in this case extends to all documents provided, including those concerning

conduct not directly charged in the Indictment.

By signing this Stipulation, defense counsel agree that the Protected Information is being entrusted to counsel only for the purposes of representing their respective defendants in this criminal case. Further, defense counsel agree not to share any documents that contain Protected Information with anyone other than their designated defense investigators, experts, and support staff. Defense counsel may permit the defendants to review the Protected Information and be aware of its contents, but defendant shall not be given control of the Protected Information or be provided any copies of the Protected Information which has not been redacted. Any person receiving Protected Information or a copy of Protected Information from counsel for the defendants shall be bound by the same obligations as counsel and further may not give the Protected Information to anyone (except that the protected documents shall be returned to counsel).

Notwithstanding the foregoing, after the trial date has been confirmed in this case, counsel, staff and/or the investigator for the defendant may make copies of the Protected Information for trial preparation and presentation. Any copies must, however, remain in the possession of counsel, investigator, staff, expert or the Court.

In the event that a defendant substitutes counsel, undersigned defense counsel each agree to withhold these documents from new counsel unless and until substituted counsel agrees also to be bound by this order.

DATE: 12/2/11

*[signature]* Murell Carlberg for
TIMOTHY WARRINER
Attorney for TEMIKA REED

2

\* Permission granted via email

```
 1
 2   DATE: 12/2/11                    _____
 3                                    CLYDE BLACKMON
                                      Attorney for BUENA MARSHALL
 4
 5   DATE: 12/2/11                    _____
 6                                    HAYES GABLE III
                                      Attorney for JAKE WEATHERS
 7
 8   DATE:                            _____
 9                                    JAMES R. REILLY
                                      Attorney for DEBORAH LOUDERMILK
10
11   DATE: 12/2/11                    _____
12                                    STEVEN D. BAUER
                                      Attorney for REGINALD DODSON SR.
13
14
     DATE: 12/2/11                    _____
15                                           J. TONEY
                                      Attorney for KADESTA HARRIS
16
17
18   DATE: Dec. 2, 2011               BENJAMIN B. WAGNER
                                      United States Attorney
19
20                               By:  _____
                                      RUSSELL L. CARLBERG
21                                    Assistant U.S. Attorney
22
         IT IS SO ORDERED:            GREGORY G. HOLLOWS
23
     DATED: Dec. 2, 2011              _____
24                                    DALE A. DROZD
                                      United States Magistrate Judge
25
26
27
28
```

3