DINA L. SANTOS, Bar #204200
A Professional Law Corp.
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
REGINALD DODSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           ) No. 11-458 GEB
                                    )
            Plaintiff,              )
                                    ) STIPULATION AND ORDER VACATING
      v.                            ) DATE, CONTINUING CASE, AND
                                    ) EXCLUDING TIME
REGINALD DODSON, et al.             )
            Defendants.             )
                                    ) Date:  August 3, 2012
_____      ) Time:  9:00 a.m.
                                    ) Judge: Hon. BURRELL

   **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney RUSSELL CARLBERG, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant REGINALD DODSON; Attorney Hayes Gable, Counsel for JAKE WEATHERS; Attorney Timothy Warriner, Counsel for TEMIKA REED; Attorney Clyde Blackman, Counsel for BUENA MARSHALL; Attorney James Reilly, Counsel for DEBORAH LOUDERMILK; Attorney J. Toney, Counsel for KADESTA HARRIS, that the status conference scheduled for June 8, 2012, be vacated and the matter be continued to this Court's criminal calendar on August 3, 2012, at 9:00 a.m, for further status.

1    This continuance is requested by the defense in order to permit
2 further client consultation and further negotiations with the
3 prosecution.  A tremendous amount of discovery has been provided and
4 all Counsel are in the process of reviewing discovery and conducting
5 investigation.

8    **IT IS FURTHER STIPULATED** that time for trial under the Speedy
9 Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
10 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
11 ends of justice served in granting the continuance and allowing the
12 defendant further time to prepare outweigh the best interests of the
13 public and the defendant in a speedy trial.
14    The Court is advised that all counsel have conferred about this
15 request, that they have agreed to the August 3, 2012 date, and that all
16 Counsel have authorized Ms. Santos to sign this stipulation on their
17 behalf.
18    **IT IS SO STIPULATED.**

20 Dated: June 7, 2012                /S/ Dina L. Santos
                                      DINA L. SANTOS
21                                    Attorney for Defendant
                                      Reginald Dodson
22
   Dated: June 7, 2012                /S/ Hayes Gable
23                                    HAYES GABLE
                                      Attorney for Defendant
24                                    Jake Weathers

25 Dated: June 7, 2012                /S/ Timothy Warriner
                                      TIMOTHY WARRINER
26                                    Attorney for Defendant
                                      Temika Reed

Stipulation and Order                 2

```
1  Dated: June 7, 2012                    /S/ Clyde Blackman
                                         CLYDE BLACKMAN
2                                        Attorney for Defendant
                                         Buena Marshall
3
   Dated: June 7, 2012                    /S/ James Reilly
4                                        JAMES REILLY
                                         Attorney for Defendant
5                                        Deborah Loudermilk

6  Dated: June 7, 2012                    /S/ J. Toney
                                         J. Toney
7                                        Attorney for Defendant
                                         Kadesta Harris
8

9  Dated: June 7, 2012                    /S/ Russell Carlberg
                                         RUSSELL CARLBERG
10                                       Assistant United States Attorney
                                         Attorney for Plaintiff
11
```

**O R D E R**

**IT IS SO ORDERED.**

Dated:  June 8, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order                    3