Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Temika Reed

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>TEMIKA REED,<br><br>            Defendant | Case No. CR S 11-0458 GEB<br><br>STIPULATION AND PROPOSED ORDER SETTING MATTER FOR STATUS OF SENTENCING |

The parties hereto stipulate that the judgment and sentencing hearing now set for March 29, 2013, be continued to May 31, 2013 at 9:00 a.m. for a hearing concerning status of sentencing.

DATED: March 27, 2013        /s/ Timothy E. Warriner, Attorney for Defendant, Temika Reed

DATED: March 27, 2013        /s/ Michael M. Beckwith, Assistant U.S. Attorney


IT IS SO ORDERED.

**Date:  3/27/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge