Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Temika Reed

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TEMIKA REED,<br><br>　　　　Defendant | Case No. CR S 11-0458 GEB<br><br>STIPULATION AND PROPOSED ORDER SETTING MATTER FOR STATUS OF SENTENCING |

　　　The parties hereto stipulate that the status of sentencing hearing now set for May 31, 2013, be continued to August 2, 2013 at 9:00 a.m.

DATED: May 21, 2013　　　　　/s/ Timothy E. Warriner, Attorney for Defendant, Temika Reed

DATED: May 21, 2013　　　　　/s/ Michael M. Beckwith, Assistant U.S. Attorney

IT IS SO ORDERED

**Date:  5/21/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1