Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Temika Reed

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR S 11-0458 GEB |
| Plaintiff, | STIPULATION AND PROPOSED ORDER SETTING MATTER FOR STATUS OF SENTENCING |
| vs. | |
| TEMIKA REED, | |
| Defendant | |

The parties hereto stipulate that the judgment and sentencing hearing now set for January 16, 2015, be continued to May 22, 2015 at 9:00 a.m. for a hearing concerning status of sentencing. This request is made to allow the defense more time to prepare for sentencing and to provide materials to the probation officer.

DATED: January 8, 2015        /s/ Timothy E. Warriner, Attorney for Defendant, Temika Reed

DATED: January 8, 2015        /s/ Christopher Hales, Assistant U.S. Attorney


IT IS SO ORDERED

Dated:  January 8, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26