Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Temika Reed

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>TEMIKA REED,<br><br>        Defendant | Case No. CR S 11-0458 GEB<br><br>STIPULATION AND PROPOSED ORDER SETTING MATTER FOR SENTENCING |

The parties hereto stipulate that the judgment and sentencing hearing now set for May 22, 2015, be continued to August 21, 2015 at 9:00 a.m. There is good cause for the continuance as it is needed in order to work with the probation officer to prepare a presentence investigation report.

DATED: May 21, 2015            /s/ Timothy E. Warriner, Attorney for Defendant, Temika Reed

DATED: May 21, 2015            /s/ Michael M. Beckwith, Assistant U.S. Attorney

IT IS SO ORDERED

Dated:  May 22, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge