Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Temika Reed

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. CR S 11-0458 GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND PROPOSED ORDER<br>) SETTING MATTER FOR SENTENCING |
| vs. | ) |
| TEMIKA REED, | ) |
| Defendant | ) |

The parties hereto stipulate that the judgment and sentencing hearing now set for August 21, 2015, be continued to October 16, 2015 at 9:00 a.m. There is good cause for the continuance as it is needed in order to work with the probation officer to prepare a presentence investigation report.

DATED: August 20, 2015          /s/ Timothy E. Warriner, Attorney for Defendant, Temika Reed

DATED: August 20, 2015          /s/ Michael M. Beckwith, Assistant U.S. Attorney


IT IS SO ORDERED

Dated:  August 20, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge